1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700

**FILED**

SEP 23 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE              )   2:13-MJ-295 CKD
APPLICATION OF THE UNITED STATES  )
OF AMERICA FOR A SEARCH WARRANT   )
AND ARREST WARRANT CONCERNING:    )
                                  )   SEALING ORDER
South Sacramento Travel Lodge     )
Mobile Home Park, 6025 Dias       )
Avenue, Space #61, Sacramento,    )   UNDER SEAL
California; and                   )
                                  )
DANIEL SALINAS                    )
                                  )
                                  )
                                  )
                                  )

   Upon application of the United States of America and good cause having been shown,

   **IT IS HEREBY ORDERED** that the files in the above-captioned matters be, and are, hereby ordered sealed until further order of this Court.

DATED: September 23, 2013

_____
Hon. CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE