FILED
November 12, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                    )    Case No. 2:13-mj-00295-CKD
         Plaintiff, )
v. )
                                    )    ORDER FOR RELEASE OF
DANIEL SALINAS, )   PERSON IN CUSTODY
                                    )
         Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release DANIEL SALINAS, Case No. 2:13-mj-00295-CKD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of: $50,000.00

        _X_ Co-Signed Unsecured Appearance Bond

        ___ Secured Appearance Bond

        _X_ (Other) Conditions as stated on the record.

    ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 11/12/2013 at 2:35 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge